**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CHAD A. BROWN,**

     **Petitioner,**

**v.**                               **Case No. 3:26-cv-1805-AW-ZCB**

**RICKY DIXON,**

     **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner initiated this § 2254 case but neither paid the filing fee nor moved for leave to proceed *in forma pauperis*. The magistrate judge directed Petitioner to do one or the other, but Petitioner did not comply. The magistrate judge now recommends dismissal for failure to comply with a court order. ECF No. 5. Petitioner has not objected to the report and recommendation. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on June 22, 2026.

s/ *Allen Winsor*
Chief United States District Judge